No. 72–1265.   Simas Bros. v. National Labor Relations Board.   C. A. 9th Cir.   Certiorari denied.

No. 72–1298.   Commissioner of Internal Revenue v. Moritz.   C. A. 10th Cir.   Certiorari denied.   ■

No. 72–1312.   Aossey v. Iowa.   Sup. Ct. Iowa.   Certiorari denied.   ■

No. 72–1314.   Snitoff v. Board of Managers of Chicago Bar Assn.   Sup. Ct. Ill.   Certiorari denied.   ■

No. 72–1335.   Moore v. Arizona.   Sup. Ct. Ariz.   Certiorari denied.   ■

No. 72–1336.   Kearney v. District of Columbia.   Super. Ct. D. C.   Certiorari denied.

No. 72–1337.   W. J. Jones & Son, Inc. v. Weyerhaeuser Co. et al.   C. A. 9th Cir.   Certiorari denied.   ■

No. 72–1358.   O'Meara et al. v. McDonald.   C. A. 5th Cir.   Certiorari denied.   ■

No. 72–6152.   Mixen v. United States.   C. A. 8th Cir.   Certiorari denied.   ■

No. 72–6189.   Hensley v. Hardy.   C. A. 5th Cir.   Certiorari denied.

No. 72–6291.   Connors v. Harrison, Corrections Director, et al.   C. A. 6th Cir.   Certiorari denied.

No. 72–6332.   Argo v. United States.   C. A. 9th Cir.   Certiorari denied.   ■

No. 72–6335.   Denman v. United States.   C. A. 9th Cir.   Certiorari denied.